SEALED

FILED

NOV 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12-CR 00422 JAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| SEALED, | ) |
| Defendants. | ) |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the defendant's arrest or until further order of the Court.

DATED: Nov. 29 2012

KENDALL J. NEWMAN
United States Magistrate Judge

2