1  THE CRIMINAL DEFENSE GROUP
   Eric Chase, SBN 148030
2  4181 Sunswept Drive, Ste. 100
   Studio City, CA 91604
3  Telephone: (818) 487-7400
   Facsimile: (818) 487-7414
4
   Attorneys for Defendant,
5  DERRICK JASON PAIR

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   Case No.: 2:12-cr-00422-JAM-1
                                  )
11         Plaintiff,             )
                                  )   ORDER
12    vs.                         )
                                  )
13 DERRICK JASON PAIR             )
                                  )
14         Defendant.             )
                                  )
15 _____ )

16
       Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY
17
   ORDERED that the status conference of this matter, presently set for May 7, 2013, be continued
18
   to Tuesday, June 11, 2013 at 9:45 a.m.
19

20 Dated: 5/3/2013

21                                    /s/ John A. Mendez
                                      Hon. John A. Mendez
22                                    United States District Court Judge

23

24

25

26

27

28

                                          -1-
                                   [PROPOSED] ORDER