1  THE CRIMINAL DEFENSE GROUP
   Eric Chase, SBN 148030
2  4181 Sunswept Drive, Ste. 100
   Studio City, CA 91604
3  Telephone: (818) 487-7400
   Facsimile: (818) 487-7414
4
   Attorneys for Defendant,
5  DERRICK JASON PAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-00422-JAM-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| DERRICK JASON PAIR | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for June 11, 2013, be continued to July 16, 2014 at 9:45 a.m.

Dated: 6/6/2013

                              /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              United States District Court Judge

-1-
[PROPOSED] ORDER