THE CRIMINAL DEFENSE GROUP
Eric Chase, SBN 148030
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone: (818) 487-7400
Facsimile: (818) 487-7414

Attorneys for Defendant,
DERRICK JASON PAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-00422-JAM-1 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DERRICK JASON PAIR ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference of this matter, presently set for August 20, 2013, be continued to October 1, 2013 at 9:45 a.m.

Dated: 8/16/2013

                                             /s/ John A. Mendez
                                             Hon. John A. Mendez
                                             United States District Court Judge