BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK JASON PAIR,<br><br>Defendant. | CASE NO. 2:12-CR-00422 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 10, 2013, TO FEBRUARY 11, 2014** |

The parties request that the judgment and sentencing currently set for December 10, 2013, at 9:45 a.m., be continued to February 11, 2014, at 9:45 a.m. The United States Probation Officer assigned to this case has been advised of this date and has no objection to continuing the judgment and sentencing.

///
///
///
///
///
///
///

The following amended filing dates will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Draft Presentence Report Due | October 29, 2013 | December 31, 2013 |
| Informal Objections | November 12, 2013 | January 14, 2014 |
| Final PSR | November 19, 2013 | January 21, 2014 |
| Formal Objections / Motion for Correction of PSR | November 26, 2013 | January 28, 2014 |
| Sentencing Memorandum | December 3, 2013 | February 4, 2014 |
| Reply or Statement of Non-opposition | December 3, 2013 | February 4, 2014 |
| Judgment and Sentencing | December 10, 2013 | February 11, 2014 |

Dated: November 13, 2013        Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: November 13, 2013        */s/ Kyle Reardon* for
ERIC CHASE
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK JASON PAIR, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:12-CR-00422 JAM <br><br> **ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 10, 2013, TO FEBRUARY 11, 2014** |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for December 10, 2013, at 9:45 a.m., is continued to February 11, 2014, at 9:45 a.m.

Dated: 11/13/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge